GEORGE W. JONES v. W. G. CANDLER ET AL.

(Filed 12 December, 1928.)

1. **Appeal and Error—Record—Matters Not Set Out in Record Deemed Without Error.**

    Matters not set out in the record will be deemed to be without error on appeal.

2. **Appeal and Error—Review—Burden of Showing Error.**

    The burden of showing error on appeal is on the appellant.

APPEAL by enterer from *McElroy, J.,* at August Term, 1928, of BUNCOMBE.

Proceeding of protest under the entry laws.

From a judgment in favor of protester, the enterer, or claimant, appeals, assigning errors.

*Carl W. Greene for plaintiff.*
*W. W. Candler and Fortune & Fortune for defendants.*

PER CURIAM. George W. Jones made entry to certain lands in Buncombe County under C. S., 7554, alleging the same to be vacant and unappropriated. Protest was filed by W. G. Candler, acting on behalf of himself and as agent for the heirs of Loucinda Candler, under C. S., 7557, claiming title to the whole of the lands covered by the entry.

The enterer offered in evidence, for the purpose of attack, two grants covering the land in controversy and under which the protestants claim title thereto. It is alleged that said grants are void because not registered within twelve months, the time prescribed in each grant for its registration. But the grants are not in the record, hence we cannot say there was error in the respect imputed.

Appellant is required to show error; it is not presumed. *In re Ross,* 182 N. C., 477, 109 S. E., 365.

No error.